**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1627**

ANTONIO L. LAUGHTON,

             Plaintiff - Appellant,

      v.

HAMPTON ROADS SHIPPING ASSOCIATION,

             Defendant - Appellee,

      and

INTERNATIONAL LONGSHOREMAN ASSOCIATION, District Council of
Hampton Roads,

             Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:14-cv-00427-RAJ-LRL)

Submitted: August 20, 2015          Decided: August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio L. Laughton, Appellant Pro Se. Dean Taylor Buckius,
VANDEVENTER BLACK, LLP, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio L. Laughton appeals the district court's order denying his second motion to amend his complaint and granting Appellee's motion to dismiss for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Laughton v. Hampton Rds. Shipping Ass'n, No. 2:14-cv-00427-RAJ-LRL (E.D. Va. May 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED